**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBIN ALESSI, et al.,** | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-0445-K** |
| | § | |
| **SYNAGRO TECHNOLOGIES, INC., et al.,** | § | |
| **Defendants** | § | |

**PLAINTIFFS' AGREED MOTION TO EXTEND TIME
TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO LR 23.2**

COME NOW PLAINTIFFS Robin Alessi and James Farmer, Alton Morton Bryant and Christopher Michael Bryant, Karen Coleman and Tony Coleman, and Patsy Schultz, individually and on behalf of those similarly situated, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), file this Agreed Motion to Extend Time to Respond to File Motion for Class Certification Pursuant to LR 23.2 to a time specified by the Court at the time it enters a Scheduling Order.

I.     **Requested extension and reason for same.**

Plaintiffs originally filed this class action lawsuit against Defendants Synagro Technologies, Inc. and Synagro of Texas-CDR, Inc. (collectively, "Synagro), and Renda Environmental, Inc., in Johnson County, Texas, after which this case was removed by Defendants to this court on February 21, 2025. *See* Doc. #1. Pursuant to the Northern District of Texas Local Rule 23.2 (LR 23.2), "[w]ithin 90 days of filing a class action complaint, or at such other time as the prescribing judge by order directs, an attorney for the plaintiff must move for certification."

On May 7, 2025, the Court issued an electronic order stating that it declined to enter a scheduling order in the case at this time pending a ruling on Defendants' Motion to Dismiss. *See*

Doc. #46.   Under LR 23.2, since the Court has not specified a later time, Plaintiffs must file their motion for class certification next week, on May 22, 2025.

The parties have agreed to extend the deadline for the filing of Plaintiffs' Motion of Class Certification to a time the Court directs when it enters a Scheduling Order in this case.   This is consistent with the deadlines proposed in the parties' Joint Scheduling Report, filed on April 7, 2025, wherein the parties' respective proposed deadlines were well beyond May 22, 2025 to allow for discovery before the filing of the class certification motion.   *See* Doc. #38.

## II.    Motion to Extend Time

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."   This motion is being filed before any of the deadlines the plaintiffs are seeking to extend have expired, and there is good cause for extending the deadline for Plaintiffs to file a motion for class certification.   Good cause exists to extend the deadline because, as explained above, extending the deadline would allow for necessary discovery to occur before the filing of the class certification motion.   Furthermore, LR 23.2 explicitly allows for a deadline beyond 90 days, to "such other time as the prescribing judge by order directs."   Accordingly, Plaintiffs respectfully request that the Court extend the deadline to a time specified by the Court at the time it enters a Scheduling Order.   Counsel for Synagro and Renda consent to this requested extension.   There can be no prejudice in resetting these deadlines.

Respectfully submitted,

**DURHAM, PITTARD, & SPALDING, LLP**
*(Local Counsel)*

By:   */s/Kirk Pittard*

Kirk Pittard
Texas Bar No. 24010313
Tammy Holt
Texas Bar No. 00796771
Shannon Turner Hays
Texas Bar No. 24028086
P.O. Box 224626
Dallas, TX 75222
(214) 946-8000 phone
(214) 946-8433 fax
kpittard@dpslawgroup.com
tholt@dpslawgroup.com
shays@dpslawgroup.com

**GUERRERO & WHITTLE, PLLC**

By:  */s/ Mary Whittle*
     Mark Guerrero
     Texas Bar No. 24032377
     Mary Whittle
     Texas Bar No. 24033336
     2905 San Gabriel Street, Suite 309
     Austin, TX 78705
     (512) 605-2300 phone
     (512) 222-5280 fax
     mark@gwjustice.com
     mary@gwjustice.com

**NAPOLI SHKOLNIK, PLLC**

Christopher L. Schnieders
*admitted pro hac vice*
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
(913) 246-3860 phone
(913) 312-5841 fax
cschnieders@napolilaw.com

Patrick N. Haines
Texas Bar No. 00784191
3001 Esperanza Crossing #1065
Austin, TX 78758
(212) 397-1000 phone
phaines@napolilaw.com

**NSPR LAW SERVICES, LLC**

Paul J. Napoli
*admitted pro hac vice*
1302 Avenida Ponce de León
Santurce, PR 00907
(833) 271-4502 phone
pnapoli@nsprlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiffs' counsel have conferred with counsel for Defendants Synagro and Renda, and defense counsel have indicated that they consent to this motion and the relief requested.

*/s/Kirk Pittard*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure, through the ECF system of the Court, on May 13, 2025.

*/s/  Kirk Pittard*