**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBIN ALESSI, et al.,** | § | |
|     **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-0445-K** |
| | § | |
| **SYNAGRO TECHNOLOGIES, INC., et al.,** | § | |
|     **Defendants** | § | |

**ORDER GRANTING**
**PLAINTIFFS' AGREED MOTION TO EXTEND TIME**
**TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO LR 23.2**

BE IT REMEMBERED on May _____, 2025, the Court reviewed Plaintiffs' Agreed Motion to Extend Time to File Motion for Class Certification Pursuant to LR 23.2, and hereby enters the following order:

IT IS ORDERED that Plaintiffs' Agreed Motion to Extend Time to File Motion for Class Certification Pursuant to LR 23.2 is GRANTED. Plaintiffs shall file their Motion for Class Certification in accordance with the deadline later specified by the Court at the time it enters a Scheduling Order in this case.

SIGNED on May _____, 2025.

_____
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE