IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| ROBIN ALESSI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:25-cv-00445-K |
| SYNAGRO TECHNOLOGIES, INC., et al., | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the City of Fort Worth, Texas; the Trinity River Authority; and the City of Austin, Texas (collectively, "Amici"), by and through their counsel, move for leave to file an amicus brief in this action under Local Rule 7.2(b).

The grounds for this motion, as detailed in the accompanying proposed amicus brief, are as follows:

1.   Amici have unique information and perspectives on governmental immunity and biosolids operations beyond what the parties have provided that they believe will assist the Court in evaluating the pending Motions to Dismiss (Doc. Nos. 43, 45).

2.   Additionally, Amici have interests that may be affected by the Court's decision—preserving, as an enumerated governmental function, statutory governmental immunity for political subdivisions that operate wastewater treatment facilities and manage resulting sewage sludge and biosolids as a public service.

1

**CERTIFICATE OF CONFERENCE**

Pursuant to L.R. 7.1(b), Amici conferred with counsel for Plaintiffs and Defendants. Plaintiffs and Defendants do not oppose this motion.

Dated: July 10, 2025

                                          Respectfully submitted,

                                          MARTEN LAW, LLP

*/s/ Jessica K. Ferrell*
Jessica K. Ferrell
TX Bar No. 24146520
*LR 83.7 Admission and LR 83.9 Pro Hac Vice Applications Pending*
Marten Law, LLP
920 Fifth Ave, Suite 2700
Seattle, WA 98104
Email: jferrell@martenlaw.com
Telephone: (206) 292-2600
Fax: (206) 237-6069

*Attorney for the City of Fort Worth and Trinity River Authority*

CITY OF FORT WORTH

*/s/ Chris Mosley*
Chris Mosley
TX Bar No. 00789505
Senior Assistant City Attorney
Section Chief, General Litigation
City of Fort Worth
100 Fort Worth Trail
Fort Worth, TX 76102
Email: Chris.Mosley@fortworthtexas.gov
Telephone: (817) 392-7603
Fax: (817) 392-8359

*Attorney for the City of Fort Worth*
*LR 83.10 Local Counsel*

TRINITY RIVER AUTHORITY

/s/*Alexis Long*
Alexis Long
TX Bar No. 24120401
General Counsel
Trinity River Authority of Texas
5300 S. Collins
Arlington, TX 76018
Email: longas@trinityra.org
Telephone: (817) 467-4343
Fax: (817) 465-0970

*Attorney for the Trinity River Authority*


CITY OF AUSTIN

/s/ *Ross Crow*
Ross Crow
TX Bar No. 05159000
Assistant City Attorney
City of Austin
301 W 2nd St # 1088
Austin, TX 78701-4652
Email: Ross.crow@austintexas.gov
Telephone: (512) 974-2159
Fax: (512) 974-6490

*Attorney for the City of Austin*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with this Court's CM/ECF system and was thus served electronically upon all registered counsel of record.

Dated: July 10, 2025

/s/ Jessica K. Ferrell
Jessica K. Ferrell
TX Bar No. 24146520
*LR 83.7 Admission and LR 83.9 Pro Hac Vice Applications Pending*
Marten Law, LLP
920 Fifth Ave, Suite 2700
Seattle, WA 98104
Email: jferrell@martenlaw.com
Telephone: (206) 292-2600
Fax: (206) 237-6069

*Attorney for the City of Fort Worth and Trinity River Authority*