IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBIN ALESSI, ALTON MORTON § 
BRYANT, CHRISTOPHER MICHAEL § 
BRYANT, KAREN COLEMAN, TONY § 
COLEMAN, JAMES FARMER, and § 
PATSY SCHULTZ, § 
§
        Plaintiffs, § 
v. §     CIVIL ACTION NO. 3:25-CV-00445-K
§
SYNAGRO TECHNOLOGIES, INC., § 
SYNAGRO OF TEXAS-CDR, INC., and § 
RENDA ENVIRONMENTAL INC., § 
§
        Defendants. § 

## NOTICE OF ATTORNEY WITHDRAWAL AND NOTICE OF COUNSEL

COMES NOW Plaintiffs, Robin Alessi, Alton Morton Bryant, Christopher Michael Bryant, Karen Coleman, Tony Coleman, James Farmer, and Patsy Schultz, in the above-styled and numbered cause, and give notice that the Notice of Appearance for Shelby J. White of Durham, Pittard & Spalding, LLP was inadvertently filed and counsel is withdrawing the notice.

In addition to lead counsel Mary Whittle and Mark Guerrero of Whittle & Guerrero, PLLC, Christopher L. Schnieders of Napoli Shkolnik, PLLC, and Paul J. Napoli of NSPR Law Services, LLC, Plaintiffs will continue to be represented by Kirk Pittard and Tammy M. Holt with Durham, Pittard & Spalding, LLP.

Counsel requests that you remove Shelby J. White from the case and keep Kirk Pittard and Tammy M. Holt.

---

**Notice of Appearance and Substitute of Counsel**         **Page 1**

Respectfully submitted,

By:*/s/ Kirk Pittard*

**Mary Whittle**
Texas Bar No. 24033336
mary@gwjustice.com
**Mark Guerrero**
Texas Bar No. 24032377
mark@gwjustice.com
**GUERRERO & WHITTLE, PLLC**
2905 San Gabriel Street, Suite 309
Austin, Texas 78705
Telephone: (512) 605-2300
Facsimile: (512) 222-5280

**Christopher L. Schnieders**
Admitted PHV
cschnieders@napolilaw.com
**NAPOLI SHKOLNIK, PLLC**
6731 W. 121st Street, Suite 201
Overland Park, Kansas 66209
Telephone: 913-246-3860
Facsimile: 913-312-5841

**Paul J. Napoli**
Admitted PHV
pnapoli@nsprlaw.com
**NSPR LAW SERVICES, LLC**
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Telephone: (833) 271-4502

and

**Kirk Pittard**
Texas Bar No. 24010313
kpittard@dpslawgroup.com
**Tammy Holt**
Texas Bar No. 00796771
tholt@dpslawgroup.com
**DURHAM, PITTARD & SPALDING, LLP**
P.O. Box 224626
Dallas, Texas 75222

---

**Notice of Appearance and Substitute of Counsel**                                                **Page 2**

Telephone: (888) 998-6688
Facsimile: (214) 807-1799

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 13, 2026,** I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing ("ECF") system of the Court. All counsel of record were served via electronic service through the ECF system.


*/s/ Kirk Pittard*
**Kirk Pittard**