

Collin Gannon
200 West 6th Street, STE 1950
Austin, TX 78701
+1.512.391.8018
cgannon@bdlaw.com

July 8, 2026

**VIA ECF**
Hon. Magistrate Judge Rebecca Rutherford
U.S. District Court,
Northern Distirct of Texas
1100 Commerce Street
Room 1376W
Dallas, Texas 75242

Re:    Notice of Supplemental Authority in *Alessi, et al. v. Synagro Technologies, Inc., et al.*, No. 3:25-CV-0445

Dear Magistrate Judge Rutherford:

The Synagro Defendants provide the attached supplemental authority bearing on the Defendants' pending motion to dismiss, and in particular their Texas Right to Farm Act (RTFA) argument. ECF 45. On May 7, 2026, Judge Justin Lewis of the 66th Judicial District, Hill County, Texas, applied Texas's Right to Farm Act ("RTFA") to bar tort claims targeted against biosolids operations. *Carter. v. Synagro Technologies*, No. CV289-23DC.

Like the *Alessi* Plaintiffs, the *Carter* plaintiffs brought tort claims for property damage and physical injuries related to alleged impacts from the land application of biosolids fertilizer to nearby farms. Synagro argued in *Carter*, and the state court agreed, that such claims were barred by the RTFA's statute of repose. Synagro has advanced the same argument in its pending motion to dismiss, contending that the RTFA protects Synagro's distribution of biosolids fertilizer to farmers because biosolids are applied to fertilize and improve soil, an agricultural operation that is protected by the RTFA.

In *Carter*, the state trial court granted Synagro's motion for summary judgment and dismissed Synagro from the case. In addition to the state court order, the Synagro Defendants are providing Synagro's motion for summary judgment in *Carter* for context. Synagro requests that the Court consider this persuasive supplemental authority in its resolution of Synagro's pending motion to dismiss.



Hon. Magistrate Judge Rebecca Rutherford
July 8, 2026
Page 2

Sincerely yours,
*/s/ Collin Gannon*

**Beveridge & Diamond P.C.**
J. Amber Ahmed
Texas Bar No. 24080756
aahmed@bdlaw.com

Collin S. Gannon
Texas Bar No. 24136164, *admitted PHV*
cgannon@bdlaw.com

James B. Slaughter
*Admitted PHV*
jslaughter@bdlaw.com

200 West 6th Street, STE 1950
Austin, TX 78701
(512) 391-8018

**Bonds Ellis Eppich Schafer Jones LLP**
Christian Ellis
Texas Bar No. 24007154
christian@bondsellis.com

John T. Wilson IV
State Bar No. 24033344
john.wilson@bondsellis.com

Patrick D. Sheridan
State Bar No. 2407931
patrick.sheridan@bondsellis.com

Paul H. Farmer, Jr.
State Bar No. 24123478
paul.farmer@bondellis.com

420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102-3727
(817) 405-6904

**ATTORNEYS FOR SYNAGRO**